ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KRISHNA CHABRA, an individual; 7-ELEVEN, INC, a Texas Corporation;<br><br>Defendants. | Case No.: 3:18-cv-06354-JSC<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Jacqueline Scott Corley presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendants 7-ELEVEN, INC., a Texas corporation; KRISHNA CHABRA, an individual; shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated  April 16, 2019

Hon. Jacqueline Scott Corley
Judge, United States District Court
Northern District of California

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA